UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. SA CV 19-1012-DMG (JPRx) | Date October 9, 2019 |
| Title *Quy Truong v. Guy Duchez, et al.* | Page 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

On July 8, 2019, the Court ordered the parties participate in a mediation conference by September 30, 2019. [Doc. # 16.] As required by the Court's June 8, 2019 Order, a joint status report re settlement was due seven (7) days after the mediation conference. To date, a joint status report re settlement has not been filed.

IT IS HEREBY ORDERED that Plaintiff show cause in writing no later than **October 16, 2019**, why sanctions should not be imposed for failure to comply with the Court's Order. The filing of a joint status report re settlement by the deadline will be deemed a satisfactory response.

IT IS SO ORDERED.